Debra HILDEBRANDT,
Plaintiff/Appellant,

v.

DIERBERGS MARKETS, INC.,
Defendant/Respondent.

No. ED 82113.

Missouri Court of Appeals,
Eastern District,
Division Three.

Sept. 16, 2003.

David Damick, St. Louis, MO, for appellant.

W. Morris Taylor, Clayton, MO, for respondent.

Before CLIFFORD H. AHRENS, P.J., WILLIAM H. CRANDALL, JR., J., LAWRENCE E. MOONEY, J.

### ORDER

PER CURIAM.

Plaintiff, Debra Hildebrandt, appeals from the judgment entered after a jury returned a verdict in favor of defendant, Dierberg's Markets Inc., on her negligence claim. No error of law appears and an opinion would have no precedential value. We have provided the parties with a memorandum for their information only setting forth the reasons for this order.

The judgment is affirmed. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Terrance LASLEY, Appellant.

No. ED 82049.

Missouri Court of Appeals,
Eastern District,
Division Three.

Sept. 16, 2003.

S. Kristina Starke, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., & Charnette D. Douglass, Jefferson City, MO, for respondent.

Before CLIFFORD H. AHRENS, P.J., WILLIAM H. CRANDALL, JR., J., LAWRENCE E. MOONEY, J.

### ORDER

PER CURIAM.

Defendant, Terrance Lasley, appeals from the judgment entered after a jury found him guilty of escape from commitment, section 575.195 RSMo.2000. The trial court sentenced defendant to one day in the St. Louis Medium Security Institution. No jurisprudential purpose would be served by a written opinion. The parties have been provided with a memorandum for their information only setting forth the reasons for this order.

The judgment is affirmed. Rule 30.25(b).